# EXHIBIT B









